TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00423-CR


NO. 03-06-00424-CR


NO. 03-06-00425-CR







Charles Sparks, Appellant



v.


 

The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NOS. D-1-DC-05-904027, D-1-DC-05-904031 & D-1-DC-05-904032


HONORABLE BRENDA KENNEDY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. Walter C. Prentice, is ordered to tender a brief in this cause no later than February 12, 2007.

It is ordered January 24, 2007. 


Before Justices Patterson, Pemberton and Waldrop

Do Not Publish